**No. 21-7064**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

MAAZ QURESHI, MATTHEW RABINOWITZ, AND DANISH ARIF, individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

*v.*

AMERICAN UNIVERSITY,

*Defendant-Appellee.*

On Appeal from the United States District Court for the District of Columbia, Nos. 20-cv-01141; 20-cv-01454; and 20-cv-01555 Before the Honorable Christopher R. Cooper

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

| | |
|---|---|
| BRUCE BERMAN<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000 | ALAN SCHOENFELD<br>SWAPNA MARURI<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center,<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 937-7294 |

July 13, 2021

Defendant-Appellee American University makes the following certification:

## A. Parties and Amici

Plaintiffs-Appellants Maaz Qureshi, Matthew Rabinowitz, and Danish Arif appeared in the district court and are parties in this Court.

Defendant-Appellee American University appeared in the district court and is a party in this Court.

No amici appeared or participated in the proceedings below.

## B. Rulings Under Review

This appeal is from the memorandum opinion and order entered by Judge Christopher R. Cooper on May 7, 2021, Dkts. 52-53, which granted Defendant's motion to dismiss. The district court's opinion has not been published in the Federal Reporter but is available at 2021 WL 1840410.

## C. Related Cases

This case has not previously been before this Court.

Counsel is aware of two related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C) currently pending before this Court: *Shaffer v. The George Washington University*, No. 21-7040, and *Crawford v. The President and Directors of Georgetown College*, No. 21-7063.

Dated: July 13, 2021

Respectfully submitted,

/s/ *Alan Schoenfeld*

Alan Schoenfeld
Swapna Maruri
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 937-7294
alan.schoenfeld@wilmerhale.com
swapna.maruri@wilmerhale.com

Bruce M. Berman
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel.: (202) 663-6173
bruce.berman@wilmerhale.com

*Attorneys for American University*